UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCHWARTZMAN DISTRIBUTING, INC., | Case No.   1:26-cv-00281-EPG |
| Plaintiff, | |
| v. | ORDER TO SHOW CAUSE |
| JS COMPANIES LLC, et al., | (ECF No. 8) |
| Defendants. | |

On January 14, 2026, Plaintiff Schwartzmann Distributing, Inc. filed this civil action against Defendants JS Companies LLC, Jayson T. Scarborough, Jenna T. Scarborough, Julia P. Scarborough, and Jayda L. Scarborough. (ECF No. 1). Thereafter, Plaintiff filed proof of service as to the Defendants. (ECF Nos. 4, 5).

After Defendants failed to respond to the complaint, Plaintiff filed a request for a clerk's entry of default on March 20, 2026, *see* Fed. R. Civ. P. 55(a),[1] stating as follows:

> 1. On January 14, 2026, Plaintiff filed the Complaint asserting claims arising under the Perishable Agricultural Commodities Act, over which this Court has subject matter jurisdiction pursuant to 7 U.S.C. § 499e(b)(2) et seq. and 28 U.S.C. §1331. See Docket No. 1
>
> 2. Each Defendant was served with the summons and complaint. Plaintiff filed the proof of service for each of the Defendants. See Docket No. 4 demonstrating proof of service of JS Companies, LLC, Jayda L. Scarborough, Jayson T. Scarborough,

---

[1] Rule 55(a) states as follows: "When a party against whom a judgment for affirmative relief is sought has failed to plead or otherwise defend, and that failure is shown by affidavit or otherwise, the clerk must enter the party's default."

1

and Julia P. Scarborough with answers due on February 17, 2026. See Docket No. 5 demonstrating proof of service of Jenna T. Scarborough on 2/12026, with responsive pleading due on February 23, 2026.

3. The time allowed for Defendants to file a responsive pleading under Federal Rule of Civil Procedure 12 has expired.

4. As of the date of this request, no Defendant has filed any response to the Complaint, or otherwise defended this action before this Court.

5. Defendants are not infants, incompetent persons or serving in the military service, as defined by the Servicemembers Civil Relief Act (50 U.S.C. App. §521).

6. WHEREFORE, Plaintiff respectfully requests that the Clerk enter default against Defendants JS COMPANIES, LLC, JAYSON T. SCARBOROUGH AKA JAYAPAUL T. SCARBOROUGH, JENNA T. SCARBOROUGH, JULIA P. SCARBOROUGH AND JAYDA L. SCARBOROUGH.

(ECF No. 8, p. 2).

The day after Plaintiff's filed this request, Defendants filed their answer. (ECF No. 9).

In light of Plaintiff's representation that Defendants failed to timely respond to the complaint, IT IS ORDERED as follows:

1.  Defendants are ordered to file a response to this order by no later than March 30, 2026, showing cause why the Court should not direct the Clerk of Court to enter a clerk's entry of default against them.

IT IS SO ORDERED.

Dated:    **March 23, 2026**                    /s/ _Erica P. Grosjean_
                                          UNITED STATES MAGISTRATE JUDGE

2