

**FILED**

APR 2 7 2026

CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____ FMN
DEPUTY CLERK



## United States District Court
## Eastern District of California

| Schwartzman Distributing Inc. |
| --- |

Plaintiff(s)

V.

| JS Companies LLC et al |
| --- |

Defendant(s)

Case Number: | 1:26-cv-0281-EPG |

APPLICATION FOR PRO HAC VICE
AND PROPOSED ORDER

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Jason Ryan Klinowski _____ hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties: Schwartzman Distrubuting, Inc.

On _____12/14/2018_____ (date), I was admitted to practice and presently in good standing in the _____Alabama Supreme_____ (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☑ I have / ☐ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Agricola El Calvario S.A. v Fruit Royale, Inc., et al , Case number 1:2025-cv-00775,

Date of Application 06/27/25, Date Application Granted 07/01/25

Date:_____04/23/2026_____    Signature of Applicant: /s/ Jason R. Klinowski_____

**Pro Hac Vice Attorney**

Applicant's Name: Jason Ryan Klinowski

Law Firm Name: Klinowski Damiano LLP

Address: P.O. Box 43404

City: Birmingham   State: AL   Zip: 35243

Phone Number w/Area Code: (205) 644-8881

City and State of Residence: Birmingham, AL

Primary E-mail Address: jklinowski@aglawyer.com

Secondary E-mail Address: jvoight@aglawyer.com

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: Kathryn S. Diemer

Law Firm Name: Diemer & Wei, LLP

Address: 55 S. Market Street, Suite 1420

City: San Jose   State: CA   Zip: 95113

Phone Number w/Area Code: (408) 971-6270   Bar # SBN 133977

## ORDER

Dated: 4/27/26

JUDGE, U.S. DISTRICT COURT

# The Supreme Court of Alabama



## Certificate Of Admission

I, Megan B. Rhodebeck, Clerk of the Supreme Court of Alabama, do hereby certify that _____ Jason Ryan Klinowski _____ was duly and legally admitted to practice law by the Supreme Court of Alabama on _____ December 14, 2018 _____ and is now an attorney in good standing at the Bar of this Court, as shown by the records of said Court on file in this office.

I further certify that the Supreme Court of Alabama is the highest court of record in this State.

Done on _____ December 5, 2025 _____ with the seal of the Supreme Court of Alabama attached.



_Megan B. Rhodebeck_

Megan B. Rhodebeck
Clerk of the Supreme Court of Alabama